O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANN FAY, | ) | Case No. EDCV 10-00834 DDP (DTBx) |
| Plaintiff, | ) ) ) | **ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DATES** |
| v. | ) ) | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | ) ) ) | [Ex parte filed on 8/16/2011] |
| Defendant. | ) ) ) | |
| _____ | ) | |

    Presently before the court is Plaintiff's Ex Parte Application for an Order to Continue Trial Date and Pre-Trial Date. (Dkt. No. 36.) Plaintiff's Application is unopposed. Defendants, however, request that the ADR-completion date of September 26, 2011, be continued 60 days and that the settlement conference be assigned to a different Magistrate Judge.

    Having considered the parties papers and the arguments therein, the court GRANTS Plaintiff's Ex Parte Application and the court GRANTS Defendants' request to continue the settlement conference completion date. The court DENIES Defendants' request for reassignment to a different Magistrate Judge.

Accordingly, the fact discovery cut-off in this action is November 17, 2011; the expert discovery cut-off date is now January 11, 2012; the motion filing cut-off is January 2, 2012; the ADR-completion date is November 28, 2011; the final pretrial conference is February 6, 2012 at 11:00 a.m., and the 5 day jury trial date is February 14, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 25, 2011

DEAN D. PREGERSON
United States District Judge