O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANN FAY, | ) | Case No. EDCV 10-00834 DDP (DTBx) |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION AND CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | ) | [Docket No. 43] |
| Defendant. | ) | |

Presently before the court is Plaintiff's Ex Parte Application for Order to Preclude the Parties from Filing a Motion for Summary Judgment on or before the Current Discovery Cutoff Date of November 17, 2011, or, Alternatively, November 22, 2011.

Plaintiff asks the court to preclude the parties from filing for summary judgment, because Plaintiff has yet to complete her discovery. Defendant nonetheless filed a motion for partial summary judgment on October 31, 2011, for a hearing on November 28, 2011. To ensure discovery is completed, the court therefore DENIES Plaintiff's Ex Parte Application but continues the hearing date on Defendant's Motion for Partial Summary Judgment to Friday, December

16, 2011, at 1:30 p.m.  Plaintiff shall file her opposition by November 28, 2011, and Defendant shall file its reply by December 12, 2011, at 12:00 p.m.

IT IS SO ORDERED.

Dated: November 4, 2011

                                         DEAN D. PREGERSON
                                         United States District Judge