O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JO ANN FAY, | ) | Case No. EDCV 10-00834DDP (DTBx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SET SUMMARY JUDGMENT HEARINGS ON SAME DATE** |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, | ) | [Docket No. 59] |
| | ) | |
| Defendant. | ) | |

Presently before the court is Plaintiff's Ex Parte Application for Order Setting Defendant's Motion for Partial Summary Judgment on the Same Day as Plaintiff's Cross Motion for Summary Judgment or Partial Summary Judgment ("Ex Parte Application").

The court finds that it is in the interest of judicial economy to hear the Summary Judgment Motions, which address some of the same issues, on the same date. The court therefore continues the hearing on Defendant's Motion for Partial Summary Judgment,

///

///

1 currently set for Friday, December 16, 2011, at 1:30 p.m., to
2 Monday, January 9, 2012, at 10:00 a.m.  The filing deadlines shall
3 not change.
4
5 IT IS SO ORDERED.
6
7
8 Dated: December 5, 2011
                                            DEAN D. PREGERSON
9                                           United States District Judge