SEYFARTH SHAW LLP
David D. Kadue (SBN 113578)
 dkadue@seyfarth.com
Jamie C. Chanin (SBN 244659)
jchanin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE
CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ANN FAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE<br>CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.  EDCV10-00834 DDP (DTBx)<br><br>[*Assigned to Hon. Dean D. Pregerson*]<br><br>**JUDGMENT**<br><br>Complaint filed:　　　　　09/30/09<br>First Amended Complaint:　　05/13/10<br>Second Amended Complaint: 02/24/11<br>Third Amended Complaint:　 11/04/11 |

1   TO THE INTERESTED PARTIES AND TO THEIR ATTORNEYS OF
2   RECORD:
3       Defendant Costco Wholesale Corporation's First Motion for Partial
4   Summary Judgment and Second Motion for Partial Summary Judgment came on
5   regularly for hearing on January 23, 2012, at 10:00 a.m. in Courtroom 3 of the
6   above-entitled Court, Honorable Dean D. Pregerson, District Judge, presiding. At
7   the same time, the Court considered the Motion for Summary Judgment filed by
8   plaintiff Jo Ann Fay. David Kadue appeared on behalf of defendant Costco. Leo
9   James Terrell appeared on behalf of plaintiff Fay.
10      The evidence having been fully considered, the issues having been duly
11  heard, and a decision having been duly rendered, IT IS ORDERED AND
12  ADJUDGED that plaintiff Fay take nothing, that the action be dismissed on the
13  merits, and that defendant Costco recover its costs.

Dated: March 02, 2012

                      Honorable Dean D. Pregerson
                      United States District Judge