UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JO ANN FAY,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation and PATRICIA HANSEN, "Tish", an individual,<br><br>      Defendants - Appellees. | No. 12-55478<br><br>D.C. No. 5:10-cv-00834-DDP-DTB<br>U.S. District Court for Central California, Riverside<br><br>MANDATE |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/3/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

The judgment of this Court, entered February 06, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Jessica F. Flores
                                        Deputy Clerk

FILED

**NOT FOR PUBLICATION**

FEB 06 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JO ANN FAY,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; PATRICIA HANSEN, "Tish", an individual,<br><br>    Defendants - Appellees. | No. 12-55478<br><br>D.C. No. 5:10-cv-00834-DDP-DTB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted February 4, 2014[**]
Pasadena, California

Before: SILVERMAN and HURWITZ, Circuit Judges, and VINSON, Senior District Judge.[***]

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

[***]   The Honorable C. Roger Vinson, Senior District Judge for the U.S. District Court for the Northern District of Florida, sitting by designation.

Jo Ann Fay appeals the district court's grant of summary judgment to Costco Wholesale Corporation on her California Fair Employment and Housing Act (FEHA) and California Labor Code retaliation and discrimination claims. We have jurisdiction under 28 U.S.C. § 1291 and affirm.

**1.** The district court did not err in finding no triable issues of fact on Fay's retaliation and discrimination claims. None of the episodes identified by Fay established retaliation or discrimination under California law.

**2.** Nor did the district court err in finding no triable issues of fact regarding Fay's claim that Costco violated the FEHA by failing to accommodate her disabilities. The evidence is undisputed that Costco repeatedly engaged in California's legally mandated interactive process and reasonably accommodated Fay's restrictions.

**3.** The district court also correctly concluded that there was no genuine issue of material fact whether Fay's termination was an act of illegal retaliation or disability discrimination. Fay was terminated for grabbing a customer and then lying about the incident during Costco's subsequent investigation.

**AFFIRMED.**